UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. |
| : | 3:02 CR 341 (EBB) |
| : | |
| BRUCE VETRE : | OCTOBER 27, 2004 |

### RULE 10(b) WAIVER OF APPEARANCE

A Federal Rules of Criminal Procedure 10(b) Re-Arraignment of the Defendant, Bruce Vetre, on a Third Superseding Indictment, is calendared to be presented on Friday, November 5, 2004 at 2:30 p.m. before the Honorable Joan G. Margolis, United States Magistrate Judge.

The Defendant, Bruce Vetre, by signing below, hereby waives his Appearance for Re-Arraignment under Rule 10(b) and affirms that he has received a copy of the Third Superseding Indictment, that he elects to enter a plea of not guilty as to all counts in which he is charged and that he requests a jury trial as to all charged counts.

A Speedy Trial Waiver has been signed by the Defendant and is being simultaneously attached herewith.

_____   10/28/04
Bruce Vetre                 Date

_____   11/01/04
Alan J. Sobol               Date

                        Respectfully Submitted,
                        Defendant, Bruce Vetre

By: _____
    Alan J. Sobol, Esq.
    Fed. Bar No. ct00955
    **O'CONNELL, FLAHERTY & ATTMORE, LLC**
    280 Trumbull Street, 23rd Fl.
    Hartford, CT 06103-3598
    (860) 548-1300
    (860) 548-0023

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the attached filing was served on each of the following counsel of record by depositing same in the U.S. mail this 1st day of November ~~October~~ 2004 to the following:

Jonathan Biran, AUSA
Office of the U.S. Attorney
P.O. Box 1824
New Haven, CT 06501

_____
Alan J. Sobol

Case 3:02-cr-00341-EBB   Document 310   Filed 11/02/2004   Page 3 of 3