```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT

USA

V.                             Case Number:  3:02cr341(EBB)

BRUCE VETRE
```

### ORDER re: Doc. # 309

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from September 14, 2004 to January 11, 2005 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, November 3, 2004.


                           SO ORDERED

                           _____
                           ELLEN BREE BURNS, SENIOR U.S.D.J.