UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 NOV 16 P 4: 27
U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 3:02CR00341(EBB) |
| SHORELINE MOTORS CORPORATION, ET AL | : | |

O R D E R

In accordance with Rules 4 of the Local Rules of Criminal Procedure, all discovery shall proceed in accordance with the standing Order for Discovery.

Any substantive motions, such as motions to dismiss or motions to suppress, together with memoranda in support, shall be filed on or before November 22, 2004. The government shall file its memoranda in opposition to defendant's motion(s), on or before November 29, 2004. If oral argument or evidentiary hearings are necessary, they shall be requested in writing on or before December 2, 2004.

Jury selection is scheduled for January 11, 2005, subject to the time between arraignment and trial being extended while the court has motions under consideration or otherwise as the court may order.

SO ORDERED.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, Connecticut, this /6 day of November, 2004.