UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. |
| | : 3:02 CR 341 (EBB) |
| | : |
| BRUCE VETRE | : DECEMBER 29, 2004 |

### SPEEDY TRIAL WAIVER

The defendant, Bruce Vetre, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8)(A). In support of this waiver, the defendant represents as follows:

(1)  He is represented by counsel and has consulted with his attorney regarding this waiver;

(2)  He understands that by signing this document he will be giving up those rights accorded him under the Speedy Trial Act; and

(3)  He requests that the Court find that the requested continuance is in the interests of justice and is in the best interests of the defendant. He further requests that the Court find that the proposed continuance outweighs the interests of the defendant and the public in a speedy trial. He respectfully asks the Court to

exclude the time from January 11, 2005 through April 12, 2005 from the Speedy Trial computation.

_____      1/3/05
Bruce Vetre                                          Date

_____      1/7/05
Alan J. Sobol                                        Date

## CERTIFICATE OF SERVICE

      This is to certify that a true copy of the attached filing was served on each of the following counsel of record by deposing same in the U.S. mail this 7th day of January 2005 to the following:

Jonathan Biran, AUSA
Office of the U.S. Attorney
P.O. Box 1824
New Haven, CT 06501

_____
Alan J. Sobol