UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2005 FEB -9 A 7 41

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA  :

      v.  :  NO. 3:02CR341(EBB)

SHORELINE MOTORS CORPORATION  :
ANGEL HERNANDEZ, BRUCE VETRE,
DAVID BROWN, RICHARD BROWN,  :
NELSON DATIL, RICHARD DOMINGUEZ,
DARIEL PEREZ TORRES, and  :
MICHAEL RIVERA

<u>RULING ON GOVERNMENT'S MOTION</u>
<u>TO CONTINUE START OF EVIDENCE</u>

The government has moved to continue the start of evidence in this case from April 13, 2005, to April 25, 2005. The court's trial schedule will not accommodate such a delay. However, the trial will not be held on Friday, April 15, 2005, to accommodate counsel's schedule. Accordingly, the motion [Doc. No. 351] is granted in part and denied in part.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 8th day of February, 2005.

AO 72A
(Rev.8/82)