UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

USA

V.                                Case Number: 3:02cr341(EBB)

BRUCE VETRE

**ORDER re: Doc. # 652**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from April 12, 2005 until June 29, 2006 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, April 19, 2006.

SO ORDERED

_____
ELLEN BREE BURNS, SENIOR U.S.D.J.